UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ICORE, INC., et al,

    Plaintiffs,                             Case No. 1:19-cv-405

v.                                                    Hon. Paul L. Maloney

BARRY COUNTY SERVICES
COMPANY, et al,

    Defendants.
_____/

## ORDER

Oral argument was held this date on plaintiffs' Motion for Leave to File Amended Pleading (ECF No. 37). As more fully discussed on the record, this motion and all other matters in the case are hereby **STAYED** until November 14, 2019, with the exception of a settlement conference to be held on **October 29, 2019, at 1:30 p.m.** before the undersigned. A separate order will enter setting forth the requirements for the settlement conference.

**IT IS SO ORDERED.**


Dated: September 19, 2019                /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge